**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                  Case No. 16 B 11246

     Lamar Nicholson
     Carla Lashawn Nicholson
         Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/31/2016.

2) The plan was confirmed on 06/01/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/23/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/02/2018.

5) The case was Dismissed on 02/26/2018.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,125.65 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$11,125.65**

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,047.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $467.39 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,514.39**

Attorney fees paid and disclosed by debtor:   $350.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acc | Unsecured | 715.44 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Unsecured | 4,512.00 | NA | NA | 0.00 | 0.00 |
| Amerimark Premier | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| AmSher Collection Services | Unsecured | 2,260.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 0.00 | 1,936.01 | 1,936.01 | 0.00 | 0.00 |
| Bonded Collection Corporation | Unsecured | 93.35 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 3,016.00 | 3,016.99 | 3,016.99 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 401.00 | 401.98 | 401.98 | 0.00 | 0.00 |
| Cerastes LLC | Unsecured | 0.00 | 471.43 | 471.43 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 0.00 | 2,237.60 | 2,237.60 | 0.00 | 0.00 |
| Consumer Portfolio Services | Secured | 19,106.00 | 19,721.73 | 19,721.73 | 3,827.67 | 1,723.33 |
| Credit Collection Services | Unsecured | 55.03 | NA | NA | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 377.65 | NA | NA | 0.00 | 0.00 |
| Diversified Consultant | Unsecured | 1,936.00 | NA | NA | 0.00 | 0.00 |
| Easy Comforts | Unsecured | 26.97 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 3,353.00 | 7,997.95 | 7,997.95 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 0.00 | 13,730.90 | 13,730.90 | 0.00 | 0.00 |
| Ginny's | Unsecured | 0.00 | 131.23 | 131.23 | 0.00 | 0.00 |
| Grandpointe | Unsecured | 0.00 | 173.49 | 173.49 | 0.00 | 0.00 |
| Great Lakes Specialty Finance | Unsecured | 714.21 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 3,300.00 | 9,370.83 | 9,370.83 | 1,060.26 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 1,826.79 | 1,826.79 | 0.00 | 0.00 |
| J.C. Christensen & Associates, Inc | Unsecured | 451.72 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 302.00 | 302.99 | 302.99 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 446.00 | 446.27 | 446.27 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 426.00 | 426.40 | 426.40 | 0.00 | 0.00 |
| Massey's | Unsecured | 120.00 | 240.52 | 240.52 | 0.00 | 0.00 |
| Maury Cobb Attorney At Law LLC | Unsecured | 2,385.67 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 0.00 | 418.55 | 418.55 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 0.00 | 588.12 | 588.12 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Midnight Velvet | Unsecured | 0.00 | 232.14 | 232.14 | 0.00 | 0.00 |
| NCB Management Services Inc | Unsecured | 401.98 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc | Unsecured | 426.40 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc | Unsecured | 418.55 | NA | NA | 0.00 | 0.00 |
| Northshore University Healthsystem | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Old Orchard Apartments | Unsecured | 2,550.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 943.24 | 604.99 | 604.99 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 0.00 | 613.23 | 613.23 | 0.00 | 0.00 |
| Penn Credit Corporatio | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Performant Recovery, Inc | Unsecured | 3,290.52 | NA | NA | 0.00 | 0.00 |
| Pinnacle Management Services | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Pioneer Credit Recovery | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Publishers Clearing House | Unsecured | 27.45 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 666.31 | 708.84 | 708.84 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 452.00 | 467.07 | 467.07 | 0.00 | 0.00 |
| Stoneberry | Unsecured | 0.00 | 65.98 | 65.98 | 0.00 | 0.00 |
| Swiss Colony | Unsecured | 0.00 | 183.62 | 183.62 | 0.00 | 0.00 |
| Total Rehab | Unsecured | 0.00 | 6,365.00 | 6,365.00 | 0.00 | 0.00 |
| Turbotax - Intuit | Unsecured | 100.92 | NA | NA | 0.00 | 0.00 |
| Van Ru Credit Corp | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| Village of Gurnee, IL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Skokie | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Village of Skokie | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Woods Investments | Unsecured | 5,798.40 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,721.73 | $3,827.67 | $1,723.33 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,721.73** | **$3,827.67** | **$1,723.33** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,370.83 | $1,060.26 | $0.00 |
| **TOTAL PRIORITY:** | **$9,370.83** | **$1,060.26** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$43,588.09** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,514.39 |
| Disbursements to Creditors | $6,611.26 |

**TOTAL DISBURSEMENTS** :                                                  **$11,125.65**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/01/2018                                  By: /s/ Marilyn O. Marshall

                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**